# UNITED STATES DISTRICT COURT
# THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**IN RE: DAVOL, INC./C.R. BARD, INC., POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION**

Case No. 2:18-md-2846

Judge Edmund A. Sargus, Jr.
Magistrate Judge Kimberly A. Jolson

**This document relates to:**
*Woodson, et al. v. Davol, Inc., et al.*
Case No. 1:19-cv-1083

## ORDER

This matter is before the Court on Plaintiffs' unopposed Motion to Substitute Party. (ECF No. 7.) Rule 25 provides that, "[i]f a party dies and the claim is not extinguished, the court may order substitution of the proper party." Fed. R. Civ. P. 25(a)(1). "A motion for substitution may be made by any party or by the decedent's successor or representative." *Id.*

Following Plaintiff Charla Woodson's death, David Woodson was appointed as temporary administrator of her estate so that, among other things, he could "represent [Charla Woodson]'s interests in [this] lawsuit." (ECF No. 7-1.) Plaintiffs now move for the substitution of David Woodson, as Administrator of the Estate of Charla Woodson, as plaintiff in place of Charla Woodson. (ECF No. 7.) The unopposed Motion to Substitute is **GRANTED**. The Clerk is directed to substitute David Woodson, as Administrator of the Estate of Charla Woodson, as plaintiff in place of Charla Woodson.

**IT IS SO ORDERED.**

6/10/2024
DATE

s/Edmund A. Sargus, Jr.
EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE